■ JOHN GOTTSCHALCK, Respondent, v. PAUL FELDBERG, Appellant.— In an action in the County Court, Nassau County, to recover damages for injuries to person and property, the court dismissed the cause of action for property damage at the close of the plaintiff's case, and the jury rendered a verdict in favor of plaintiff on the personal injury action. Judgment unanimously affirmed, with costs. No opinion. Present — Wenzel, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ IRVING GROSS, Individually and on Behalf of East Coast Lumber Terminal, Inc., and the Directors and Stockholders of Said Corporation, and of All Stockholders Thereof Similarly Situated, Respondent, v. VIRGIL M. PRICE, Individually and as President, Director and Stockholder of East Coast Lumber Terminal, Inc., et al., Appellants.— In a stockholder's derivative action, the appeal is from an order denying appellants' motion to adjudge respondent in contempt of court and to dismiss the complaint by reason of such contempt. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ., concur.

■ GEORGE HOFFMAN, Respondent, v. ALFRED T. ROWE, Individually and as Executor of ELSIE L. ROWE, Deceased, Appellant.— In an action by the vendee for specific performance of a contract for the sale of real property, the appeals are from an order and judgment (one paper) dated July 2, 1956, granting respondent's motion for summary judgment, and from so much of an order and judgment (one paper) dated August 1, 1956 as on resettlement grants respondent's motion for the same relief. Order and judgment dated August 1, 1956 unanimously affirmed, with $10 costs and disbursements. Appeal from order dated July 2, 1956 dismissed, without costs. No opinion. Present — Beldock, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ In the Matter of the Probate of the Will of JOE FADEN, Deceased. BLANCHE KOSNITZKY et al., Appellants; JOSEPH FADEN, Respondent.— In a contested probate proceeding, decree of the Surrogate's Court, Kings County, entered on a directed verdict, and admitting the propounded instrument as the decedent's last will and testament, unanimously affirmed, without costs. No opinion. Present — Wenzel, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.